UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TYRONE MCCRIMAGER,

    Plaintiff,

v.                                                    Case No. 3:22cv3344-LC-HTC

ESCAMBIA COUNTY JAIL,

    Defendant.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on April 13, 2022 (ECF No. 4), recommending dismissal based on Plaintiff's failure to prosecute, failure to comply with Court orders, and failure to keep the Court apprised of an address.  No objections have been filed.  Plaintiff was released from the jail with no known address.

Having considered the Report and Recommendation I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation (ECF No. 4) is adopted and incorporated by reference in this order.

Case No. 3:22cv3344-LC-HTC

2. This case is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute, failure to comply with Court orders, and failure to keep the Court apprised of an address.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 1st day of June, 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv3344-LC-HTC